FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 OCT 16 PM 12: 23

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

ROBERT ARTHUR MCDUFFIE,

    Petitioner,

vs.    Case No.   2:07-cv-639-FtM-34SPC

CHARLOTTE COUNTY JAIL, COUNTY OF
CHARLOTTE, STATE OF FLORIDA and
UNNAMED DEFENDANTS,

    Respondents.
_____/

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of the file in the above-captioned action. Petitioner, a pretrial detainee who is currently confined in Charlotte County Jail, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 1, 2007 (Doc. #1, Petition). Although not the model of clarity, the Petition challenges Petitioner's current pretrial detention as illegal on various grounds.

The Court takes judicial notice that Plaintiff, on September 7, 2007, filed an identical action with this Court. See Case No. 2:07-cv-568-29SPC. The Petition *sub judice* appears identical to the petition filed in Petitioner's earlier filed action. Petitioner is not permitted to have two identical petitions pending

---

[1]This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

with the Court. Because Petitioner's petition docketed at case number 2:07-cv-568-29SPC was filed first, the Court will dismiss this later filed Petition in the above-captioned action as duplicative.

Therefore, it is now **ORDERED**:

1. The Petition is **DISMISSED without prejudice as duplicative**.

2. The **Clerk of the Court** shall enter judgment dismissing this Petition without prejudice, terminate any outstanding motions, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this 16th day of October, 2007.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record

-2-